## Sturgeon Bay and Lake Michigan Ship Canal and Harbor Co. v. John Leatham et al.

1. STATUTES—*Construction of.*—A law providing that the directors of a ship canal and harbor may regulate tolls upon all boats, vessels, steamboats and other craft, used in the transportation of freight and passengers upon such canal, does not authorize a charge of tolls on steam tugs used only for towing purposes.

2. SAME—*Qualifying Words.*—In a charter of a harbor and canal company, authorizing the charging of tolls upon all water craft used in the transportation of freight and passengers, it was held that the qualifying words do not mean that such craft shall be used for the transportation of both freight and passengers, but for either.

**Assumpsit,** for tolls, etc.—Appeal from the Circuit Court of Cook County; the Hon. JOHN GIBBONS, Judge, presiding. Heard in this court at the October term, 1895. Affirmed. Opinion filed February 11, 1896.

SCHUYLER & KREMER, and HERRICK, ALLEN & BOYESEN, attorneys for appellant.

E. A. SHERBURNE, counsel for appellees.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

No statement of facts is necessary in this case, as the single question is, whether section eight of the charter of the company authorizes it to charge tolls on steam tugs passing through the canal.

The words to be considered are: "The directors shall have power to regulate tolls and charges upon all boats,

vessels, steamboats and other craft used for the transportation of freight and passengers on and along the canal of said company, and for the use of any steam tugs owned by said company."

No multiplication of words can make clearer than it is on the face of the sentence, that the words "used for the transportation of freight and passengers," apply to and 'qualify the words "boats, vessels, steamboats, and other craft."

A somewhat similar question was in Rice v. Tolman Co., 60 Ill. App. 516, and a like decision made, citing John A. Tolman Co. v. McClure, 10 Ind. App. 28.

The qualifying words do not mean that the boats, etc., shall be used for the transportation of both freight and passengers, but for either. "And" is often used interchangeably with "or," the meaning being determined by the context. 1 Am. & Eng. Ency. of Law, 569.

The court below held that tugs not used for transportation of anything, but only for towing, were not required to pay tolls.

In this we concur, and the judgment is affirmed.